**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

**DAWN MAY BUNCH,**

Plaintiff,

v.

**E-GYM NORTH AMERICA, INC.;**

**YMCA OF GREATER MONTGOMERY,**

Defendants.

Civil Action No. 1:25-cv-03486-CNS-TPO

**[PROPOSED] ORDER REGARDING DEFENDANT YMCA OF GREATER MONTGOMERY'S MOTION TO DISMISS**

This matter comes before the Court on Defendant YMCA of Greater Montgomery's Motion to Dismiss Pursuant to Rule 12 (ECF No. 45) and Plaintiff's Response in Opposition. Having reviewed the motion, the Response, and the applicable law, and being otherwise fully advised in the premises, the Court hereby ORDERS as follows:

1. Defendant YMCA of Greater Montgomery's Motion to Dismiss is DENIED.
2. Plaintiff's negligence claim against YMCA of Greater Montgomery shall proceed in the District of Colorado along with Plaintiff's product-liability claim against E-GYM North America, Inc.

**Alternative (if the Court prefers transfer rather than dismissal of YMCA):**

3. In the alternative, if the Court determines that personal jurisdiction or venue over YMCA of Greater Montgomery is lacking, Plaintiff's claim against YMCA of Greater Montgomery shall be TRANSFERRED, rather than dismissed, to an

appropriate federal district court in Alabama pursuant to 28 U.S.C. § 1406(a), in the interest of justice.

IT IS SO ORDERED.

Dated this ____ day of ___________, 2026.

_________________________________

Hon. Charlotte N. Sweeney
United States District Judge