**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

DAWN MAY BUNCH,

Plaintiff,

v.

E-GYM NORTH AMERICA, INC.;
YMCA OF GREATER MONTGOMERY,

Defendants.

Civil Action No. 1:25-cv-03486-CNS-TPO

**PLAINTIFF'S MOTION FOR LEAVE TO FILE LIMITED SUR-REPLY TO DEFENDANT YMCA'S REPLY IN SUPPORT OF MOTION TO DISMISS (DOC. 48)**

Plaintiff Dawn May Bunch, proceeding pro se, respectfully moves for leave to file the attached Proposed Limited Sur-Reply in opposition to Defendant YMCA of Greater Montgomery's Motion to Dismiss, Doc. 45.

YMCA's Reply states that Plaintiff's alternative request for transfer to Alabama "concedes" that this Court lacks personal jurisdiction over YMCA and that venue is improper. Doc. 48 at 1, 5. Plaintiff seeks leave to clarify that her request for transfer was conditional alternative relief if the Court determines that Colorado is not the proper forum. Plaintiff did not intend that request as an admission of YMCA's jurisdictional or venue arguments.

The Proposed Limited Sur-Reply also respectfully requests that the Court determine from the complete docket whether YMCA timely preserved its defenses under Rules 12(b)(2) and 12(b)(3).

Plaintiff does not assert that waiver has already been established. Plaintiff asks only that the Court consider the service and response chronology, together with any applicable order, extension, service issue, or other docket event that may affect YMCA's response deadline.

The proposed Sur-Reply is limited to those issues and does not seek to repeat Plaintiff's prior response or introduce new claims.

WHEREFORE, Plaintiff respectfully requests that the Court:

1. Grant Plaintiff leave to file the attached Proposed Limited Sur-Reply;
2. Direct the Clerk to docket the attached Proposed Limited Sur-Reply as Plaintiff's Sur-Reply in Opposition to Defendant YMCA's Motion to Dismiss, Doc. 45; and
3. Grant such other and further relief as the Court deems just and proper.

CERTIFICATE OF CONFERRAL

Pursuant to D.C.COLO.LCivR 7.1(a), Plaintiff emailed Ashley R. Larson, counsel for Defendant YMCA, on August 18, 2026, requesting YMCA's position on Plaintiff's proposed Motion for Leave to File a Limited Sur-Reply and offering to confer by telephone. On August 19, 2026, Ms. Larson responded by email that YMCA opposes the Motion because, in YMCA's view, its Reply raises no new arguments. The parties were unable to resolve the matter.

Respectfully submitted this 19th day of August 2026.

**/s/ Dawn May Bunch**
Dawn May Bunch, Plaintiff pro se
723 Common Widgeon Way
Hopkins, SC 29061
Telephone: 803-573-6226
Email: dawnbunch33@gmail.com

CERTIFICATE OF SERVICE

I certify that on August 19, 2026, I filed the foregoing PLAINTIFF'S MOTION FOR LEAVE TO FILE LIMITED SUR-REPLY TO DEFENDANT YMCA'S REPLY IN SUPPORT OF MOTION TO DISMISS (DOC. 48), including its attachments, using the Court's authorized filing procedure. If filed through CM/ECF, the Court's CM/ECF system will provide notice of the filing to counsel of record: Ashley R. Larson Sutton | Booker | P.C. alarson@suttonbooker.com

**/s/ Dawn May Bunch**
Dawn May Bunch