**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

DAWN MAY BUNCH,

Plaintiff,

v.

E-GYM NORTH AMERICA, INC.;
YMCA OF GREATER MONTGOMERY,

Defendants.

Civil Action No. 1:25-cv-03486-CNS-TPO

**PLAINTIFF'S PROPOSED LIMITED SUR-REPLY IN OPPOSITION TO DEFENDANT YMCA'S MOTION TO DISMISS (DOC. 45)**

Plaintiff submits this limited Sur-Reply solely to respond to YMCA's assertion that Plaintiff's alternative request for transfer to Alabama "concedes" that this Court lacks personal jurisdiction over YMCA and that venue is improper. Doc. 48 at 1, 5.

Plaintiff respectfully disagrees. Plaintiff's request for transfer was expressly conditional and alternative. Plaintiff requested transfer only if the Court determines that Colorado is not the proper forum. That request was made to preserve the action and avoid dismissal if the Court reaches an adverse ruling. It was not an admission that YMCA's jurisdictional or venue arguments are correct.

YMCA's own Motion similarly asked the Court to dismiss the claim or, alternatively, transfer it to an appropriate federal district in Alabama. Doc. 45 at 9–10. Plaintiff respectfully requests that the Court decide personal jurisdiction and venue based on the applicable law and the record, rather than treat

Plaintiff's conditional request for alternative relief as a concession. Plaintiff also respectfully requests that the Court determine, from the complete docket, whether YMCA timely preserved its Rule 12(b)(2) and Rule 12(b)(3) defenses. Plaintiff does not assert that waiver has already been established. Plaintiff asks only that the Court consider the service and response chronology, together with any applicable order, extension, service issue, or other docket event that may affect YMCA's response deadline.

WHEREFORE, Plaintiff respectfully requests that the Court deny YMCA's Motion to Dismiss, Doc. 45, and permit the claim against YMCA to remain in this Court.

Respectfully submitted this 19th day of August 2026.

**/s/ Dawn May Bunch**
Dawn May Bunch, Plaintiff pro se
723 Common Widgeon Way
Hopkins, SC 29061
Telephone: 803-573-6226
Email: dawnbunch33@gmail.com