**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

DAWN MAY BUNCH,

Plaintiff,

v.

E-GYM NORTH AMERICA, INC.;
YMCA OF GREATER MONTGOMERY,

Defendants.

Civil Action No. 1:25-cv-03486-CNS-TPO

**PROPOSED ORDER GRANTING LIMITED JURISDICTIONAL DISCOVERY AND DEFERRING RULING ON YMCA'S MOTION TO DISMISS**

This matter comes before the Court on Plaintiff's Motion for Leave to Conduct Limited Jurisdictional Discovery and to Defer Ruling on Defendant YMCA's Motion to Dismiss. The Court, having reviewed the Motion and being otherwise fully advised, ORDERS:

1. Plaintiff's Motion is GRANTED.
2. Plaintiff may serve the limited jurisdictional-discovery requests attached to the Motion as Attachment 1.
3. YMCA shall respond to the authorized discovery within 30 days after service.
4. Plaintiff may file a supplemental brief, not exceeding 10 pages, limited to personal jurisdiction within 14 days after YMCA serves its responses.
5. YMCA may file a response, not exceeding 10 pages, within 14 days after Plaintiff files the supplemental brief.
6. The Court defers ruling on the Rule 12(b)(2) portion of YMCA's Motion to Dismiss, Doc. 45, until the supplemental briefing is complete.

DATED this ____ day of ______________, 2026.
BY THE COURT:

___________________________________

Charlotte N. Sweeney
United States District Judge